

# Fourth Court of Appeals
## San Antonio, Texas

May 3, 2023

No. 04-23-00047-CR

**IN RE** Paulin Gonzalez **DELGADILLO**

Original Proceeding[1]

**ORDER**

On January 12, 2023, relator filed a petition for writ of mandamus. Relator also filed an emergency motion to stay the underlying proceedings pending disposition of the petition for writ of mandamus, which this court granted in part on January 13, 2023. After considering the petition, real party in interest's response, relator's reply, and the mandamus record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). The stay imposed on January 13, 2023 is **LIFTED**.

It is so **ORDERED** on May 3,2023.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of May, 2023.

Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 10855CR, styled *State of Texas v. Paulin Gonzalez Delgadillo*, pending in the County Court, Kinney County, Texas, the Honorable Todd Alexander Blomerth presiding.